**E-Filed 12/7/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. SORENSEN,<br><br>                Plaintiff,<br><br>     v.<br><br>JO ANNE BARNHART, Commissioner, Social Security Administration,<br><br>                Defendant. | Case Number C 06-7056 JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 2] |

    On November 13, 2006, Plaintiff Michael A. Sorensen ("Sorensen") filed a complaint for judicial review of a decision of the Commissioner of Social Security. Sorensen asserts that he has exhausted administrative remedies in this matter.

    On the same date, Sorensen filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Sorensen cannot pay the

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-7056 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  filing fee and that the instant action is not frivolous or without merit and therefore will grant his
2  application to proceed *in forma pauperis*.  The Marshalls' office shall affect service of process.

4  DATED: December 6, 2006

     _____
     JEREMY FOGEL
     United States District Judge

Case No. C 06-7056 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  This Order has been served upon the following persons:

2  Harvey Peter Sackett          hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; juanita@sackettlaw.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-7056 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)