HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SORENSEN, ) | Civil No. 06-07056 JF PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a 30 day extension of time up through and including Wednesday, June 6, 2007, in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1  SCOTT N. SCHOOLS
   United States Attorney
2
3
4
5  Dated: April 30, 2007                /s/
                                        KATHERINE R. LOO
6                                       Special Assistant U.S. Attorney
7
8
9
10 Dated: April 30, 2007                /s/
                                        HARVEY P. SACKETT
11                                      Attorney for Plaintiff
                                        MICHAEL A. SORENSEN
12
13
14 IT IS SO ORDERED.
15
16
   Dated:   5/1/07                      *signature*
17                                      HON. PATRICIA V. TRUMBULL
                                        United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

                                    2
   STIPULATION AND ORDER