SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
KATHERINE R. LOO, SBN CA 162029
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. SORENSON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 06-07056 JF PVT<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; P̶R̶O̶P̶O̶S̶E̶D̶ ORDER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through Wednesday, July 25, 2007, in which to e-file his Cross-Motion for Summary Judgment. This extension is requested because the parties are currently in settlement negotiations and Plaintiff's counsel will be out of the office until Monday, June 25, 2007.

///

///

///

///

///

1  Dated: 6/21/07                    /s/ Harvey P. Sackett
                                     (As authorized via email on 6/21/07)
2                                    HARVEY P. SACKETT
                                     Attorney for Plaintiff
3

4                                    SCOTT N. SCHOOLS
                                     United States Attorney
5                                    LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
6

7  Dated: 6/21/07              By:   /s/ Katherine R. Loo
                                     KATHERINE R. LOO
8                                    Special Assistant United States Attorney

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.
10

11

12 Dated: 6/21/07                    *(signature)*
                                     PATRICIA V. TRUMBULL
13                                   United States Magistrate Judge

2