```
SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
KATHERINE R. LOO, SBN CA 162029
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SORENSON, )<br>　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　 )<br>　　　　　　　　　　　　　 )<br>　　　　　v. 　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>MICHAEL J. ASTRUE, 　　　　 )<br>Commissioner of 　　　　　　 )<br>Social Security, 　　　　　　 )<br>　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　 )<br>_____) | CIVIL NO. C-06-07056 PVT<br><br>STIPULATION AND ORDER OF REMAND |

　　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

　　　　Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct the ALJ to evaluate whether Plaintiff's alcoholism can be separated out from his remaining impairments and whether those remaining impairments would be disabling.

　　　　The ALJ will be instructed to evaluate the opinion of John Zauner, M.D., and explain the weight given to Dr. Zauner's opinion in accordance with 20 C.F.R. §§ 404.1527 and 416.927 and Social

Security Ruling 96-5p.  The ALJ will also reassess Plaintiff's physical residual functional capacity and determine whether Plaintiff can perform any of his past relevant work.  In assessing Plaintiff's residual functional capacity, the ALJ will give appropriate weight to his physical limitations.  If warranted, the ALJ will consult with a vocational expert to determine what other work Plaintiff retains the residual functional capacity to perform.

Dated: July 11, 2007

    /s/ Harvey P. Sackett
(As authorized via email on 7/11/07)
HARVEY P. SACKETT
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: July 11, 2007   By:       /s/ Katherine R. Loo
KATHERINE R. LOO
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: 7/12/07

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge