```
 1  SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153          E-filed 8/27/07
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    KATHERINE R. LOO, SBN CA 162029
 4  Special Assistant United States Attorney
                                                     CHAMBERS
 5      333 Market Street, Suite 1500                  COPY
        San Francisco, California 94105
 6      Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
 7      E-Mail: katherine.loo@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SORENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C-06-7056 PVT<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND COSTS (28 U.S.C. § 1920) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of **FIVE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($5,500.00)**. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of fees in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and

all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: __August 8, 2007__    ___/s/ Harvey P. Sackett by Katherine R. Loo___
(As authorized via email on 8/8/07)
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: __August 27, 2007__    SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

___/s/ Katherine R. Loo___
KATHERINE R. LOO
Special Assistant United States Attorney

IT IS SO ORDERED:

Dated: __9/4/07__

___[signature]___
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge